DAVID D. FISCHER, SBN 224900
Attorney at Law
1007 7th St Ste 100
Sacramento, CA 95814
Telephone: (916) 447-8600
Fax: (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
TRAVIS HRONIS

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS HRONIS<br><br>Defendant. | CR.S. No. 2:10-CR-00304 FCD<br><br>**STIPULATION AND ORDER TO REMOVE TRAVIS HRONIS FROM THE SUPERVISION OF PRETRIAL SERVICES** |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Michael Beckwith, counsel for plaintiff, and David D. Fischer, counsel for Travis Hronis, that with regard to defendant Travis Hronis only, that the appearance bond be modified such that he be removed from the supervision of Pretrial Services. This request is being made at the suggestion of Pretrial Services.

On July 20, 2010, the defendant was released on conditions. On December 13, 2011, Mr. Hronis pled guilty to a misdemeanor violation of 21 USC 844(a). He is scheduled to be sentenced on March 7, 2012. During the time that Mr. Hronis has been supervised by Pretrial Services, he has done well. Accordingly, the parties ask that the court grant its request.

| | |
|---|---|
| | Respectfully submitted, |
| Dated: January 10, 2012 | /s/ David D. Fischer<br>DAVID D. FISCHER<br>Attorney for Defendant<br>TRAVIS HRONIS |
| Dated: January 10, 2012 | /s/ David D. Fischer for<br>MICHAEL BECKWITH<br>Assistant United States Attorney<br>Counsel for Plaintiff |

**IT IS SO ORDERED**

Dated: January 11, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE