1 | Michael E. Hansen
Attorney at Law, SBN 191737
2 | 711 Ninth Street, Suite 100
Sacramento, CA 95814
3 | 916.438.7711 FAX 916.864.1359

4 | Attorney for Defendant
MATTHEW MAYA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:10-CR-00304 FCD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO REMOVE MATTHEW MAYA FROM THE SUPERVISION OF PRETRIAL SERVICES** |
| vs. | |
| MATTHEW MAYA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Michael Beckwith, counsel for plaintiff, and Michael E. Hansen, counsel for Matthew Maya, that with regard to defendant Matthew Maya only, that the appearance bond be modified such that he be removed from the supervision of Pretrial Services. This request is being made at the suggestion of Pretrial Services.

On July 20, 2010, the defendant was released on conditions. On December 13, 2011, Mr. Maya pled guilty to a misdemeanor violation of 21 USC section 844(a). He is scheduled to be sentenced on March 7, 2012. During the time that Mr. Maya has been supervised by Pretrial Services, he has done well. Accordingly, the parties ask that the court grant their request.

Dated: January 11, 2012                    Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
MATTHEW MAYA

1

**Stipulation and [Proposed] Order to Remove Matthew Maya from the Supervision of Pretrial Services**

1 | Dated: January 11, 2012                    BENJAMIN B. WAGNER
                                              United States Attorney
2
                                              By: /s/ Michael E. Hansen for
3                                             MICHAEL BECKWITH
                                              Assistant U.S. Attorney
4                                             Attorney for Plaintiff

5

6                                   **ORDER**

7        IT IS SO ORDERED.

8 | Dated: January 11, 2012

9                            /s/ Edmund F. Brennan
                             EDMUND F. BRENNAN
                             UNITED STATES MAGISTRATE JUDGE

2

**Stipulation and [Proposed] Order to Remove Matthew Maya from the Supervision of Pretrial Services**