MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
John L. Gross III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN L. GROSS III, et al.,<br><br>        Defendants. | Case No.: 2:10-cr-00304-MCE<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERNCE |

Defendant John L. Gross, III, by and through his attorney, Michael Chastaine, Ken Gross by and through his attorney Olaf Hedberg, and the United States, by and through Assistant United States Attorney Michael Beckwith, hereby stipulate and agree to continue the status hearing in the above-captioned case from Thursday, February 9, 2012 at 9:00 a.m. to Thursday, April 5, 2012 at 9:00 a.m. It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rules T2 and T4. It is further stipulated that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant(s) in a speedy trial.

///

1

Counsels for the remaining defendants are actively involved in attempting to resolve their respective cases and engaged in active negotiations with the Government.

Three of the defendants have already resolved their cases. John Gross Jr wishes to remain on calendar in that his competency is at issue. Jack Lyons and Salvador Reyes wishes to stay on calendar to enter a plea. Further, there is a large amount of discovery that is being reviewed and considered in these negotiations.

Dated: February 6, 2012     The CHASTAINE LAW OFFICE

By: ____/s/ Michael Chastaine
    MICHAEL CHASTAINE
    Attorney for John L. Gross, III

Dated: February 6, 2012     By: ____/s/ Olaf Hedberg
    OLAF HEDBERG
    Attorney for Ken Gross

Dated: February 6, 2012     BENJAMIN B. WAGNER
United States Attorney

By: ___/s/ Michael Beckwith
    MICHAEL BECKWITH
    Assistant U.S. Attorney

///

///

///

///

///

///

///

///

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference as to defendants John L. Gross III and Ken Gross scheduled for Thursday, February 9, 2012 at 9:00 a.m. be continued to Thursday, April 5, 2012 at 9:00 a.m. and that the period from February 9, 2012 to April 5, 2015 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A). Further, that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant(s) in a speedy trial.

Dated: February 7, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE