```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR S-2:10-0304 KJN |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | **TO CONTINUE SENTENCING DATE** |
| BRANDON ANTHONY MAYA, MATTHEW ANTHONY MAYA, and TRAVIS HRONIS, | |
| Defendants. | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Assistant United States Attorney, Michael M. Beckwith, defendant Brandon Anthony Maya, through his counsel, Carl E. Larson, Esq., defendant Matthew Anthony Maya, through his counsel, Michael E. Hansen, Esq., and defendant Travis Hronis, through his counsel, David D. Fischer, Esq., hereby submit this stipulation to continue the sentencing date, which is currently set for March 7, 2012, and requests that this Court continue the sentencing date to April 25, 2012.

///

1

The parties need additional time for preparation.  Therefore, the parties have agreed and respectfully request that the Court set the date of April 25, 2012, for the sentencing in this matter.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: March 1, 2012      By: /s/ Michael M. Beckwith
                              MICHAEL M. BECKWITH
                              Assistant U.S. Attorney

DATED: March 1, 2012      By: /s/ Carl E. Larson
                              CARL E. LARSON
                              Attorney for Defendant
                              Brandon Anthony Maya

DATED: March 1, 2012      By: /s/ Michael E. Hansen
                              MICHAEL E. HANSEN
                              Attorney for Defendant
                              Matthew Anthony Maya

DATED: March 1, 2012      By: /s/ David D. Fischer
                              DAVID D. FISCHER
                              Attorney for Defendant
                              Trevor Hronis

_____

**ORDER**

For the foregoing reasons, the sentencing hearing in this matter is continued to April 25, 2012.

DATED: March 1, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2