Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
MATTHEW MAYA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JOHN GROSS, JR., et al.,<br><br>　　　　　Defendants. | No. 2:10-CR-00304 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Beckwith, Assistant United States Attorney, attorney for plaintiff; Carl Larson, attorney for defendant Brandon Maya; Michael Hansen, attorney for defendant Matthew Maya; and David Fischer, attorney for defendant Travis Hronis, that the previously-scheduled judgment and sentencing date of April 25, 2012, be vacated and the matter set for judgment and sentencing on June 6, 2012, at 9:00 a.m.

This continuance is requested to allow the parties additional time to prepare for sentencing.

Dated: April 19, 2012　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Michael E. Hansen
　　　　　　　　　　　　　　　　　　　　　　MICHAEL E. HANSEN
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　MATTHEW MAYA

/ / / / /

/ / / / /

1

**Stipulation and [Proposed] Order to Continue Judgment and Sentencing**

| | | |
|---|---|---|
| Dated: April 19, 2012 | | /s/ Michael E. Hansen for<br>CARL LARSON<br>Attorney for Defendant<br>BRANDON MAYA |
| Dated: April 19, 2012 | | /s/ Michael E. Hansen for<br>DAVID FISCHER<br>Attorney for Defendant<br>TRAVIS HRONIS |
| Dated: April 19, 2012 | | BENJAMIN B. WAGNER<br>UNITED STATES ATTORNEY<br><br>By: /s/ Michael E. Hansen for<br>MICHAEL BECKWITH<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## ORDER

IT IS HEREBY ORDERED that the previously-scheduled judgment and sentencing date of April 25, 2012, be vacated and the matter set for judgment and sentencing on June 6, 2012, at 9:00 a.m., for the reasons set forth above.

**Date: 4/19/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

**Stipulation and [Proposed] Order to Continue Judgment and Sentencing**