DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
SALVADOR REYES-SARAVIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cr-00304-MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE AND J&S DATE |
| SALVADOR REYES-SARAVIA, Defendant. | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Salvador Reyes-Saravia, and U.S. Probation, that the briefing schedule be re-set as follows:

Judgment and Sentencing Date: 06/07/2012 @ 9:00 a.m.

Reply, or Statement of Non-Opposition: 5/31/2012

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: 5/24/12

Presentence Report filed with Court/disclosed to counsel by: 5/17/12

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: 5/10/2012

**IT IS SO STIPULATED.**

Dated: May 7, 2012                    /S/ Dina L. Santos
                                      DINA L. SANTOS
                                      Attorney for
                                      Salvador Reyes-Saravia

Dated: May 7, 2012                    /S/ Michael Beckwith
                                      MICHAEL BECKWITH
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: May 9, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Order                 2