Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
MATTHEW MAYA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN GROSS, JR., et al.,<br><br>    Defendants. | No. 2:10-CR-00304 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Beckwith, Assistant United States Attorney, attorney for plaintiff; Carl Larson, attorney for defendant Brandon Maya; Michael Hansen, attorney for defendant Matthew Maya; and David Fischer, attorney for defendant Travis Hronis, that the previously-scheduled judgment and sentencing date of June 6, 2012, be vacated and the matter set for judgment and sentencing on August 8, 2012, at 9:00 a.m.

This continuance is requested to allow the parties additional time to prepare for sentencing.

Dated: May 31, 2012                        Respectfully submitted,

                                                         /s/ Michael E. Hansen
                                                         MICHAEL E. HANSEN
                                                         Attorney for Defendant
                                                         MATTHEW MAYA

/ / / / /

/ / / / /

| | | |
|---|---|---|
| Dated: May 31, 2012 | | /s/ Michael E. Hansen for<br>CARL LARSON<br>Attorney for Defendant<br>BRANDON MAYA |
| Dated: May 31, 2012 | | /s/ Michael E. Hansen for<br>DAVID FISCHER<br>Attorney for Defendant<br>TRAVIS HRONIS |
| Dated: May 31, 2012 | | BENJAMIN B. WAGNER<br>United States Attorney<br><br>By: /s/ Michael E. Hansen for<br>MICHAEL BECKWITH<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## **ORDER**

IT IS HEREBY ORDERED that the previously-scheduled judgment and sentencing date of June 6, 2012, be vacated and the matter set for judgment and sentencing on August 8, 2012, at 9:00 a.m., for the reasons set forth above.

**Date: 5/31/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE