DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
SALVADOR REYES-SARAVIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S 010-304 MCE |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER RESETING J&S |
| v. | ) | |
| SALVADOR REYES-SARAVIA, | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael

Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Salvador Reyes-

Saravia, that the date for Judgement and Sentencing be re-scheduled to August 9, 2012.  There are pending

matters that may affect the ultimate sentence recommended by the government that remain outstanding.


**IT IS SO STIPULATED.**


Dated: June 4,  2012                      /S/ Dina L. Santos
                                         DINA L. SANTOS
                                         Attorney for
                                         Salvador Reyes-Saravia

Dated: June 4, 2012

/S/ Michael Beckwith
MICHAEL BECKWITH
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated: June 5, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE