The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
o.hedberg@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>JOHN L. GROSS, III, et al.,<br>　　　　Defendants | Case Number: 2:10-cr-00304-MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

　　　　Defendants John L. Gross, III, by and through his attorney, Michael Chastaine, Ken Gross by and through his attorney Olaf Hedberg, and the United States, by and through Assistant United States Attorney Michael Beckwith, hereby stipulate and agree to continue the status hearing in the above-captioned case from Thursday, August 2, 2012 at 9:00 a.m. to Thursday, September 6, 2012 at 9:00 a.m. It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rules T2 and T4. It is further stipulated that the need for a continuance

1

and continued counsel preparation outweighs the interests of the public and the defendant(s) in a speedy trial.

Counsel for the defendants are actively engaged in attempting to resolve their respective cases and are engaged in active negotiations with the Government.

Dated: July 31, 2012

By: ____/s/ Olaf Hedberg
OLAF HEDBERG
Attorney for Ken Gross

By: ____/s/ Michael Chastaine
MICHAEL CHASTAINE
Attorney for John L. Gross, III

BENJAMIN B. WAGNER
United States Attorney
By: ___/s/ Michael Beckwith
MICHAEL BECKWITH
Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties: IT IS HEREBY ORDERED that the status conference as to defendants John L. Gross III and Ken Gross scheduled for Thursday, August 2, 2012 at 9:00 a.m. be continued to Thursday, September 6, 2012 at 9:00 a.m. and that the period from August 2, 2012 to September 6, 2012 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A). Further, that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant(s) in a speedy trial.

IT IS SO ORDERED.

Dated: August 2, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE