| | |
|---|---|
| Michael E. Hansen<br>Attorney at Law, SBN 191737<br>711 Ninth Street, Suite 100<br>Sacramento, CA  95814<br>916.438.7711 FAX 916.864.1359<br><br>Attorney for Defendant<br>MATTHEW MAYA | |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JOHN GROSS, JR., et al.,<br><br>               Defendants. | No. 2:10-CR-00304 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Beckwith, Assistant United States Attorney, attorney for plaintiff; Carl Larson, attorney for defendant Brandon Maya; Michael Hansen, attorney for defendant Matthew Maya; and David Fischer, attorney for defendant Travis Hronis, that the previously-scheduled judgment and sentencing date of August 8, 2012, be vacated and the matter set for judgment and sentencing on October 31, 2012, at 9:00 a.m.

This continuance is requested to allow the parties additional time to prepare for sentencing.

Dated:  August 3, 2012

                                                 Respectfully submitted,

                                                 /s/ Michael E. Hansen<br>
                                                 MICHAEL E. HANSEN<br>
                                                 Attorney for Defendant<br>
                                                 MATTHEW MAYA

/ / / / /

/ / / / /

**Stipulation and Order to Continue Judgment and Sentencing**

| | |
|---|---|
| Dated: August 3, 2012 | /s/ Michael E. Hansen for<br>CARL LARSON<br>Attorney for Defendant<br>BRANDON MAYA |
| Dated: August 3, 2012 | /s/ Michael E. Hansen for<br>DAVID FISCHER<br>Attorney for Defendant<br>TRAVIS HRONIS |
| Dated: August 3, 2012 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>By: /s/ Michael E. Hansen for<br>MICHAEL BECKWITH<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## **ORDER**

IT IS HEREBY ORDERED that the previously-scheduled judgment and sentencing date of August 8, 2012, be vacated and the matter set for judgment and sentencing on October 31, 2012, at 9:00 a.m., for the reasons set forth above.

**Date: 8/3/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE