BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR S 2:10-cr-00304 MCE |
| Plaintiff, | STIPULATION AND ORDER RESETTING STATUS CONFERENCE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| JOHN LESTER GROSS III, and KENNETH LOGAN GROSS, | |
| Defendants. | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, defendant Kenneth Logan Gross, through his counsel of record, Olaf Hedberg, Esq., and defendant John Lester Gross, III, through his counsel of record, Michael Chastaine, Esq. hereby stipulate and agree that the status conference set for November 1, 2012, be continued to January 24, 2013.

1

1    The parties need additional time for preparation. Therefore, the parties have agreed and respectfully request that the Court set the date of January 24, 2013, at 9:00 a.m., for the status conference. Accordingly, the parties stipulate that time be excluded beginning November 1, 2012, through and including January 24, 2012. 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv); Local Code T4. The exclusion of time is appropriate due to the defense counsels' need to prepare. The ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

IT IS SO STIPULATED.

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: October 30, 2012      By:  /s/Michael M. Beckwith
                                        MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

DATED: October 30, 2012      By:  /s/ Olaf Hedberg
                                        OLAF HEDBERG
                                        Attorney for Defendant
                                        KENNETH LOGAN GROSS

DATED: October 30, 2012      By:  /s/ Michael Chastaine
                                        MICHAEL CHASTAINE
                                        Attorney for Defendant
                                        JOHN LESTER GROSS, III

| | |
|---|---|
| 1 | **ORDER** |
| 2 | UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is |
| 3 | hereby ordered that this matter be set for further status conference |
| 4 | on January 24, 2013 at 9:00 a.m. in Courtroom No. 7. |
| 5 | The Court finds excludable time as set forth above to and |
| 6 | including January 24, 2013.  Additionally, the Court finds the ends |
| 7 | of justice served by continuing the case as requested outweigh the |
| 8 | interest of the public and the defendant in a trial within the |
| 9 | original date prescribed by the Speedy Trial Act. |
| 10 | **IT IS SO ORDERED.** |
| 11 | Dated: October 31, 2012 |

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE