1  Michael E. Hansen
   Attorney at Law, SBN 191737
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.864.1359

4  Attorney for Defendant
   MATTHEW MAYA
5

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,              No. 2:10-CR-00304 MCE

11                        Plaintiff,      **STIPULATION AND ORDER TO
                                          CONTINUE JUDGMENT AND**
12      vs.                               **SENTENCING**

13 JOHN GROSS, JR., et al.,

14                        Defendants.

15

16      IT IS HEREBY STIPULATED by and between the parties hereto through their

17 respective counsel, Michael Beckwith, Assistant United States Attorney, attorney for plaintiff;

18 Carl Larson, attorney for defendant Brandon Maya; Michael Hansen, attorney for defendant

19 Matthew Maya; and David Fischer, attorney for defendant Travis Hronis, that the previously-

20 scheduled judgment and sentencing date of January 23, 2013, be vacated and the matter set for

21 judgment and sentencing on March 6, 2013, at 9:00 a.m.

22      This continuance is requested to allow the parties additional time to prepare for

23 sentencing.

24 Dated:  January 14, 2013                Respectfully submitted,

25                                         /s/ Michael E. Hansen
                                           MICHAEL E. HANSEN
26                                         Attorney for Defendant
                                           MATTHEW MAYA
27 / / / / /

28 / / / / /

                                     1

**Stipulation and [Proposed] Order to Continue Judgment and Sentencing**

Dated: January 14, 2013      /s/ Michael E. Hansen for
                                                CARL LARSON
                                                Attorney for Defendant
                                                BRANDON MAYA

Dated: January 14, 2013      /s/ Michael E. Hansen for
                                                DAVID FISCHER
                                                Attorney for Defendant
                                                TRAVIS HRONIS

Dated: January 14, 2013      BENJAMIN B. WAGNER
                                                United States Attorney

                                                By: /s/ Michael E. Hansen for
                                                MICHAEL BECKWITH
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

## ORDER

      IT IS HEREBY ORDERED that the previously-scheduled judgment and sentencing date of January 23, 2013, be vacated and the matter set for judgment and sentencing on March 6, 2013, at 9:00 a.m., for the reasons set forth above.

**Date: 1/14/2013**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

**Stipulation and [Proposed] Order to Continue Judgment and Sentencing**