MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
John L. Gross III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10-CR-00304 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |
| JOHN L. GROSS III, et al., | |
| Defendants. | |

Defendant John L. Gross, III, by and through his attorney, Michael Chastaine, Ken Gross by and through his attorney Olaf Hedberg, and the United States, by and through Assistant United States Attorney Michael Beckwith, hereby stipulate and agree to continue the status hearing in the above-captioned case from Thursday, January 24, 2013 at 9:00 a.m. to Thursday, February 14, 2013 at 9:00 a.m.  It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rules T2 and T4.  It is further stipulated that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant(s) in a speedy trial.

Counsels for the remaining defendants are actively involved in attempting to resolve their respective cases and engaged in active negotiations with the Government.

1

Three of the defendants have already resolved their cases. Further, there is a large amount of discovery that is being reviewed and considered in these negotiations.

Dated: January 10, 2013          The CHASTAINE LAW OFFICE

                                 By: ____/s/ Michael Chastaine
                                     MICHAEL CHASTAINE
                                     Attorney for John L. Gross, III

Dated: January 10, 2013          By: ____/s/ Olaf Hedberg
                                     OLAF HEDBERG
                                     Attorney for Ken Gross

Dated: January 10, 2013          BENJAMIN B. WAGNER
                                 United States Attorney

                                 By: ____/s/ Michael Beckwith
                                     MICHAEL BECKWITH
                                     Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference as to Defendants John L. Gross III and Ken Gross scheduled for Thursday, January 24, 2013, at 9:00 a.m. be continued to Thursday, February 14, 2013, at 9:00 a.m. and that the period from January 24, 2013 to February 14, 2013 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A). Further, that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant(s) in a speedy trial.

Dated: January 16, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT