MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
John L. Gross III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10 CR 304 MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |
| v. | |
| JOHN L. GROSS III, et al., | |
| Defendants. | |

Defendant John L. Gross, III, by and through his attorney, Michael Chastaine, Ken

Gross by and through his attorney Olaf Hedberg, and the United States, by and through

Assistant United States Attorney Michael Beckwith, hereby stipulate and agree to

continue the status hearing in the above-captioned case from Thursday, March 14, 2013

at 9:00 a.m. to Thursday, March 28, 2013 at 9:00 a.m.  It is further stipulated that the

above referenced time period should be excluded from calculation under the Speedy Trial

Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rules T2 and T4.  It is further

stipulated that the need for a continuance and continued counsel preparation outweighs

the interests of the public and the defendant(s) in a speedy trial.

The Government has provided a plea agreement to Mr. John Gross, III.  While it

appears that it is agreeable in concept, there are several details that have to be ironed out.

Counsel for the Government and Mr. Gross, III are actively working on this matter and request a continuance of two (2) week to draft a plea agreement that is acceptable to both sides.

Dated: March 18, 2013                    The CHASTAINE LAW OFFICE

                                         By: _____/s/ Michael Chastaine
                                              MICHAEL CHASTAINE
                                              Attorney for John L. Gross, III

Dated: March 18, 2013


                                         By: _____/s/ Olaf Hedberg
                                              OLAF HEDBERG
                                              Attorney for Ken Gross


Dated: March 18, 2013                    BENJAMIN B. WAGNER
                                         United States Attorney

                                         By: ____/s/ Michael Beckwith
                                              MICHAEL BECKWITH
                                              Assistant U.S. Attorney

///
///
///
///
///
///
///
///
///
///
///
///

<u>ORDER</u>

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference as to defendants John L. Gross III, and Ken Gross, scheduled for Thursday, March 14, 2013 at 9:00 a.m. be continued to Thursday, March 21, 2013 at 9:00 a.m. and that the period from March 14, 2013 to March 28, 2013 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).  Further, that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant(s) in a speedy trial.

IT IS SO ORDERED.

DATED: March 27, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE