IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,                   No. 2:10-cr-304 MCE KJN

    v.

BRANDON ANTHONY MAYA,
MATTHEW ANTHONY MAYA,
TRAVIS HRONIS, et al.

       Defendants.         <u>ORDER</u>
_____/

        Presently pending before the court is a stipulation and proposed order for a continuance of the judgment and sentencing date of defendants Brandon Anthony Maya, Matthew Anthony Maya, and Travis Hronis. (ECF No. 206.) The parties request that the presently-scheduled judgment and sentencing date of May 22, 2013, be vacated, and that the matter be reset for June 26, 2013. (<u>Id.</u>) For the reasons discussed below, the court denies the parties' request.

        As the court set forth in its order dated April 15, 2013 (ECF No. 198), the above-mentioned defendants entered guilty pleas on December 13, 2011, judgment and sentencing was

1

initially set for March 7, 2012, and the court has since approved multiple stipulations by the parties to continue the judgment and sentencing date, most recently on April 16, 2013, when judgment and sentencing was set for May 22, 2013, at 9:00 a.m. (ECF No. 200.) Thereafter, on May 16, 2013, the parties filed the instant stipulation requesting another continuance until June 26, 2013 (ECF No. 206.) The stipulation states that a continuance is requested because Assistant U.S. Attorney Michael M. Beckwith will be engaged in a jury trial beginning May 20, 2013, before Judge Mendez. (Id.)

In light of the many continuances, the court declines to continue the judgment and sentencing to June 26, 2013. Instead, to accommodate the trial before Judge Mendez, judgment and sentencing in this matter is advanced to May 22, 2013, at 8:30 a.m. Judge Mendez has been notified of the time of judgment and sentencing in this case on the morning of May 22, 2013, and is cognizant of the possibility that Mr. Beckwith may arrive a few minutes late to the trial that morning, if necessary.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulation to continue the May 22, 2013, judgment and sentencing date (ECF No. 206) is NOT APPROVED.

2. Judgment and sentencing of defendants is ADVANCED to May 22, 2013, at 8:30 a.m., in Courtroom No. 25 before the undersigned.

IT IS SO ORDERED.

DATED: May 17, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE