DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
SALVADOR REYES-SARAVIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-0304 MCE |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER RESETING J&S |
| v. | ) ) | |
| SALVADOR REYES-SARAVIA, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Salvador Reyes-Saravia, that the date for Judgement and Sentencing be re-scheduled to July 18, 2013. There are pending matters that may affect the ultimate sentence recommended by the government that remain outstanding.


**IT IS SO STIPULATED.**


Dated: June 7, 2013                              /S/ Dina L. Santos
                                                 DINA L. SANTOS
                                                 Attorney for
                                                 Salvador Reyes-Saravia

Dated: June 7, 2013  /S/ Michael Beckwith
MICHAEL BECKWITH
Assistant United States Attorney
Attorney for Plaintiff

## O R D E R

In accordance with the foregoing stipulation of the parties, and good cause appearing, judgment and sentencing in this matter is hereby continued from June 13, 2013 to July 18. 2013 at 9:00 a.m. in Courtroom No. 7.

**IT IS SO ORDERED.**

Date: June 10, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT