MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
John L. Gross III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN L. GROSS III, et al.,<br><br>Defendants. | Case No.: 2:10 CR 304 MCE-2<br><br>STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE |

On or about July 20, 2010 Mr. John L. Gross, III, along with a number of family members were indicted. The charges involved a marijuana grow on Mr. Gross' property. Mr. Gross, III was released on a $75,000 bond with certain conditions, including Condition 11 which prohibits him from having any contact with any co-defendants except in the presence of counsel.

One of the co-defendants was Jack Lyon's, Mr. Gross's uncle. Mr. Lyon's has plead guilty, been sentenced and served his time. Mr. Gross, III has plead guilty to a single count of a superseding information alleging that he maintained a place where Marijuana was grown. Mr. Gross is currently scheduled to be sentenced on June 26, 2013.

When Mr. Lyon's got out of prison he had no where to go. He has since, with the knowledge of pre-trial services moved in with Mr. Gross. Mr. Lyon, who has medical issues need to have surgery, to wit: shoulder reconstructive surgery. Mr. Gross has requested that he be allowed to travel with Mr. Lyons to the UC Davis Orthopedic Center in San Francisco, California, Northern District of California for his surgery.

1

The Government, through Michael Beckwith agree and stipulate that Condition 11 should be removed from Mr. Gross' conditions of release in that all of the co-defendants have plead guilty and have either been sentenced or are pending sentencing and that Mr. Lyon's in particular has been sentenced and has served his time and is currently on supervised release.

Therefore, Defendant John L. Gross, III, by and through his attorney, Michael Chastaine, and the United States, by and through Assistant United States Attorney Michael Beckwith, hereby stipulate and agree to that Condition 11 should be modified to delete the condition that Mr. Gross cannot have contact with co-defendant's in this matter.  Further, Mr. Gross' probation officer, Steve Sheehan has no objection to this request.

Dated: June 10, 2013          The CHASTAINE LAW OFFICE

                              By: ____/s/ Michael Chastaine
                                  MICHAEL CHASTAINE
                                  Attorney for John L. Gross, III

Dated: June 10, 2013          BENJAMIN B. WAGNER
                              United States Attorney

                              By: ___/s/ Michael Beckwith
                                  MICHAEL BECKWITH
                                  Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED Condition11 be deleted from Mr. Gross' conditions of release and that he be authorized to have contact with co-defendant in the present case.
Dated: June 10, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim.
gross0304.stipord.modify.COR.doc