```
1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160
4
5  Attorney for Defendant
   SALVADOR REYES-SARAVIA
6
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-00304 MCE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER RESETTING J&S |
| v. | ) |
| SALVADOR REYES-SARAVIA, | ) |
| Defendant. | ) |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Salvador Reyes-Saravia, that the date for Judgement and Sentencing be re-scheduled to August 1, 2013.

**IT IS SO STIPULATED.**

Dated: July 16, 2013              /S/ Dina L. Santos
                                  DINA L. SANTOS
                                  Attorney for
                                  Salvador Reyes-Saravia

Dated: July 16, 2013              /S/ Michael Beckwith
                                  MICHAEL BECKWITH
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

# **O R D E R**

Pursuant to the parties' stipulation, the judgment and sentencing hearing currently scheduled for July 18, 2013, is hereby vacated and **continued to August 1, 2013, at 9 a.m.** in Courtroom 7.

IT IS SO ORDERED.

Date: July 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT